FILED'06 FEB 22 14:59USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

RITA A. VALENCIA,   CV 04-1323-PK

    **Plaintiff,**    ORDER

v.

**ANN M. VENEMAN**, Secretary,
United States Department of
Agriculture and Department of
Forestry,

    **Defendant.**

IT IS ORDERED this action is dismissed without prejudice and without costs to either party.

Dated this 22nd day of February, 2006.

_____
United States District Judge

PAGE 1 - ORDER